RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

March 8, 2005

**VIA HAND DELIVERY AND ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

      Re:    *Magnequench International v. Sony Corporation, et al.*
              C. A. No. 04-135-GMS

Dear Judge Sleet:

      I represent Iomega Corporation in the above-captioned action. Iomega Corporation and Magnequench have reached an agreement in principle to settle this case. It is anticipated Iomega and Magnequench will be filing with the Court a Stipulation and Proposed Order dismissing the action as to Iomega. As a result of this settlement, Iomega respectfully requests that it and its counsel be excused from attendance at the March 9-10, 2005 settlement conference. Counsel for Magnequench does not object to this request.

      If Your Honor has any questions concerning the foregoing or if I can provide any further information, I am available at the Court's convenience.

                             Respectfully,

                             Frederick L. Cottrell, III (#2555)
                             cottrell@rlf.com

FLC,III/afg

RLF1-2849041-1

The Honorable Gregory M. Sleet
March 8, 2005
Page 2


cc:    Mary B. Graham, Esquire (via hand delivery)
       Josy W. Ingersoll, Esquire (via hand delivery)
       Timothy Devlin, Esquire (via hand delivery)
       Edmond D. Johnson, Esquire (via hand delivery)
       William J. Wade, Esquire (via hand delivery)
       Paul E. Crawford, Esquire (via hand delivery)
       Gerald M. O'Rourke, Esquire (via hand delivery)