## RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

WILLIAM J. WADE
DIRECTOR

DIRECT DIAL NUMBER
302-651-7718
WADE@RLF.COM

March 7, 2005

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

   Re:   *Magnequench International v. Sony Corporation, et al*
         C.A. No. 04-135-GMS

Dear Judge Sleet:

   I represent Mitsumi Electric Company, Ltd. and Mitsumi Electronics Corporation (collectively, "Mitsumi") in the captioned matter. Mitsumi and Magnequench have now entered into a settlement agreement. After certain prerequisites are met, Mitsumi and Magnequench will be filing with the Court a Stipulation and Proposed Order dismissing the action as to Mitsumi. As a result of this settlement, Mitsumi respectfully requests that it and its counsel be excused from attendance at the March 9-10, 2005 settlement conference. Counsel for Magnequench does not object to this request.

   If Your Honor has any questions concerning the foregoing or if I can provide any further information, I am available at the Court's convenience.

                                          Respectfully,

                                          William J. Wade

WJW/bw

cc:   Mary B. Graham, Esquire   (By Hand)
      Josy W. Ingersoll, Esquire   (By Hand)
      Timothy Devlin, Esquire   (By Hand)
      Edmond D. Johnson, Esquire   (By Hand)
      Frederick L. Cottrell, III, Esquire   (By Hand)
      Paul E. Crawford, Esquire   (By Hand)
      Gerald M. O'Rourke, Esquire (By Hand)

RLF1-2832267-1