IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGNEQUENCH INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-135 (GMS) |
| | ) | |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., ACER INC., ACER AMERICA CORPORATION, ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL INC., I/OMAGIC CORPORATION, IOMEGA CORPORATION, LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG INNOTEK COMPANY, LTD., LG INNOTEK USA, INC., LITE-ON TECHNOLOGY CORPORATION, LITE-ON TECHNOLOGY INTERNATIONAL, INC., LITE-ON PERIPHERALS, INC., LITE-ON INFORMATION TECHNOLOGY CORPORATION, MEMOREX PRODUCTS (TAIWAN) LTD., MEMOREX PRODUCTS, INC., MICRO-STAR INTERNATIONAL COMPANY, LTD., MSI COMPUTER CORPORATION, MITSUMI ELECTRIC COMPANY, LTD., MITSUMI ELECTRONICS CORPORATION, TEAC CORPORATION, TEAC AMERICA, INC., AND VICTOR COMPANY OF JAPAN, LIMITED, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF MAGNEQUENCH'S SUBMISSION
REGARDING THE STATUS OF SETTLEMENT
<u>NEGOTIATIONS WITH THE VARIOUS DEFENDANTS</u>**

Plaintiff Magnequench International Inc. (**"**Magnequench**"**) makes this submission regarding the status of settlement negotiations with the various Defendants in order to assist the Court in connection with the March 9 and 10, 2005 Settlement Conference.

At the January 21, 2005 Status and Scheduling Conference, the Court set March 9 and, if necessary, March 10, 2005 for a Settlement Conference with the Court and business representatives of the parties with the authority to settle this action. Since the January 21, 2005 Status and Scheduling Conference, Magnequench's President and Chief Executive Officer, Mr. Archibald Cox, Jr., and Magnequench's Director of Business Development, Mr. Gregory Kroll, have continued to participate in face-to-face meetings, telephone conferences and/or exchanged correspondence with representatives and/or counsel for all the Defendants. These discussions have progressed to varying degrees.

There are twelve (12) Defendants/Defendant Groups in this action, as set forth below:

1. "The Acer Group" - comprising Acer Incorporated and Acer America Corporation;

2. "The ASUS Group" - comprising Defendants ASUS Computer International Inc. and ASUSTek Computer Inc.;

3. "I/OMagic" - comprising Defendant I/OMagic Corporation;

4. "IOMEGA" - comprising Defendant IOMEGA Corporation;

5. "The LG Group" - comprising Defendants LG Electronics, Inc., LG Electronics USA, Inc., LG Innotek Company, Ltd., and LG Innotek USA, Inc.;

6. "The Lite-On Group" - comprising Defendants Lite-On Technology Corporation, Lite-On Technology International Inc., Lite-On Peripherals, Inc., and Lite-On Information Technology Corporation;

7. "JVC" - comprising Defendant Victor Company of Japan, Limited.

8. "The Memorex Group" - comprising Defendants Memorex Products, Inc. and Memorex Products (Taiwan) Ltd.;

9. "The Mitsumi Group" - comprising Defendants Mitsumi Electric Company, Ltd. and Mitsumi Electronics Corporation;

10. "The MSI Group" - comprising Defendants Micro-Star International Company, Ltd. and MSI Computer Corporation;

11. "The Sony Group" - comprising Defendants Sony Corporation, Sony Corporation of America and Sony Electronics Inc.; and

12. "The TEAC Group" - comprising Defendants TEAC Corporation and TEAC America, Inc.

Magnequench has an executed Settlement Agreement with The Mitsumi Group. Magnequench believes it has reached agreements in principle to settle this action with: (1) The ASUS Group; (2) The Lite-On Group; (3) The MSI Group; (4) I/OMagic; (5) The Memorex Group; and (6) IOMEGA. Therefore, Magnequench and these Defendants/Defendant Groups will not need the Court's assistance at the March 9 and 10, 2005 Settlement Conference.

With regard to the remaining Defendants/Defendant Groups, Magnequench believes that the parties need the Court's assistance in mediating settlement negotiations. These Defendants/Defendant Groups are: (1) The SONY Group; (2) The LG Group; (3) The Acer Group; (4) JVC; and (5) The TEAC Group.

Attached as Exhibit A is a chart summarizing the status of settlement negotiations with each of the Defendant/Defendant Groups.

In order to assist the Court during the Settlement Conference, Magnequench is submitting to the Court a confidential document containing a "blackline" comparison version of the most recent Settlement Agreements with each of the individual Defendant/Defendant Groups that have not yet settled. To the extent any of these draft Settlement Agreements are not blacklined, it means Magnequench has not received comments on Magnequench's latest draft Settlement Agreement from the individual Defendant/Defendant Group. The above-identified compilation containing the latest versions of the Settlement Agreements with the various Defendants will not be served on counsel for the Defendants because of the confidential nature of the individual Settlement Agreements (obviously each defendant already has the papers applicable to it).

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/Mary B. Graham*
Mary B. Graham (#2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
mgraham@mnat.com
(302) 658-9200
   Attorneys for Plaintiff
   Magnequench International, Inc

OF COUNSEL:

Brian M. Poissant
Thomas G. Rowan
Leo Merken
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939

March 8, 2005

Exhibit A

Status of Settlement Negotiations Between Magnequench and the Various Defendants

| Defendant/Defendant Group (In Alphabetical Order) | Status of Settlement Negotiations |
|---|---|
| The Acer Group (Acer Incorporated and Acer America Corporation) | No agreement has been reached |
| The ASUS Group (ASUS Computer International Inc. and ASUSTek Computer Inc.) | Agreement in principle has been reached |
| I/OMagic Corporation | Agreement in principle has been reached |
| IOMEGA Corporation | Agreement in principle has been reached |
| The LG Group (LG Electronics, Inc., LG Electronics USA, Inc., LG Innotek Company, Ltd., and LG Innotek USA, Inc.) | No agreement has been reached |
| The Lite-On Group (Lite-On Technology Corporation, Lite-On Technology International Inc., Lite-On Peripherals, Inc., and Lite-On Information Technology Corporation) | Agreement in principle has been reached |
| JVC (Victor Company of Japan, Limited) | No agreement has been reached |
| The Memorex Group (Memorex Products, Inc. and Memorex Products (Taiwan) Ltd.) | Agreement in principle has been reached |
| The Mitsumi Group (Mitsumi Electric Company, Ltd. and Mitsumi Electronics Corporation) | Settlement Agreement executed |
| The MSI Group (Micro-Star International Company, Ltd. and MSI Computer Corporation) | Agreement in principle has been reached |
| The Sony Group (Sony Corporation, Sony Corporation of America and Sony Electronics Inc.) | No agreement has been reached |
| The TEAC Group (TEAC Corporation and TEAC America, Inc.) | No agreement has been reached |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of March, 2005, I have caused to be electronically filed a true and correct copy of the foregoing PLAINTIFF MAGNEQUENCH'S SUBMISSION REGARDING THE STATUS OF SETTLEMENT NEGOTIATIONS WITH THE VARIOUS DEFENDANTS with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J. Wade
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Paul Crawford
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Thomas H. Kovach
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899

Timothy Devlin
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899

/s/Mary B. Graham
Mary B. Graham (#2256)