IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNEQUENCH INTERNATIONAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SONY CORPORATION, SONY CORPORATION ) <br> OF AMERICA, SONY ELECTRONICS, INC., ) <br> ACER INC., ACER AMERICA CORPORATION, ) <br> ASUSTEK COMPUTER INC., ASUS COMPUTER) <br> INTERNATIONAL INC., I/OMAGIC ) <br> CORPORATION, IOMEGA CORPORATION, LG ) <br> ELECTRONICS, INC., LG ELECTRONICS USA, ) <br> INC., LG INNOTEK COMPANY, LTD., LG ) <br> INNOTEK USA, INC., LITE-ON TECHNOLOGY ) <br> CORPORATION, LITE-ON TECHNOLOGY ) <br> INTERNATIONAL, INC., LITE-ON ) <br> PERIPHERALS, INC., LITE-ON INFORMATION ) <br> TECHNOLOGY CORPORATION, MEMOREX ) <br> PRODUCTS (TAIWAN) LTD., MEMOREX ) <br> PRODUCTS, INC., MICRO-STAR ) <br> INTERNATIONAL COMPANY, LTD., MSI ) <br> COMPUTER CORPORATION, MITSUMI ) <br> ELECTRIC COMPANY, LTD., MITSUMI ) <br> ELECTRONICS CORPORATION, TEAC ) <br> CORPORATION, TEAC AMERICA, INC., AND ) <br> VICTOR COMPANY OF JAPAN, LIMITED, ) <br> ) <br> Defendants. ) <br> ) <br> ) | C.A. No. 04-135 (GMS) |

**STIPULATION AND [PROPOSED] ORDER DISMISSING THIS ACTION
WITH PREJUDICE AS TO THE DEFENDANTS MITSUMI ELECTRIC
COMPANY, LTD. AND MITSUMI ELECTRONICS CORPORATION**

Pursuant to Rule 41, Fed. R. Civ. P., plaintiff Magnequench International, Inc. ("Magnequench"), and defendants, Mitsumi Electric Company, Ltd. and Mitsumi Electronics Corporation (collectively "the Mitsumi Parties"), by and through their respective counsel of

record, hereby stipulate that all claims in this action by Magnequench against the Mitsumi Parties are dismissed with prejudice pursuant to Section 6.3 of the Settlement Agreement between Magnequench and the Mitsumi Parties, and that each party shall bear its own costs and expenses, including attorney fees, incurred in connection with this action.

**STIPULATED AND AGREED TO:**

April 7, 2005

April 7, 2005

_____
Mary B. Graham (#2256)
Karen Jacobs Louden (#2881)
Philip H. Bangle (#4169)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302)658-9200

Of Counsel:
Brian M. Poissant
Thomas G. Rowan
Leo Merken
Jones Day
222 East 41st Street
New York, NY 10017
(212)326-3939

Attorneys for Plaintiff
Magnequench International, Inc.

_____
William J. Wade (#704)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Of Counsel:
Kenneth B. Herman
Douglas J. Gilbert
Kaede Toh
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212)596-9000

Attorneys for Defendants
Mitsumi Electric Company, Ltd. and
Mitsumi Electronics Corporation

Dated: _____   So Ordered: _____
                                                United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered, to the following

Mary B. Graham, Esquire
Karen Jacobs Louden, Esquire
Philip H. Bangle, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Edmond D. Johnson, Esquire
Thomas H. Kovach, Esquire
The Bayard Firm
Suite 900
222 Delaware Avenue
Wilmington, DE 19899

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Paul E. Crawford, Esquire
Patricia S. Rogowski, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899

Timothy Devlin, Esquire
Fish & Richardson, P.C.
Suite 1100
919 N. Market Street
Wilmington, DE 19899

I hereby certify that on April 7, 2005, I sent the foregoing document by telecopy to the following non-registered participants:

Brian M. Poissant, Esquire
Thomas G. Rowan, Esquire
Jones Day
222 East 41st Street
New York, NY 10017-6702

Robert Fish, Esquire
Larry A. Cerutti, Esquire
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626-1998

John Flock, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

David G. Magnum, Esquire
Margaret Niver McGann, Esquire
Parsons Behle & Latimer
Suite 1800
201 South Main Street
Salt Lake City, UT 84145-0898

-2-

| | |
|---|---|
| Morton Amster, Esquire | Victor N. Balancia, Esquire |
| Anthony F. LoCicero, Esquire | Steven J. Schwarz, Esquire |
| Charles R. Macedo, Esquire | Morgan, Lewis & Bockius LLP |
| Amster, Rothstein & Ebenstein LL | 1111 Pennsylvania Avenue, N.W. |
| 90 Park Avenue | Washington, DC  20004 |
| New York, NY  10016 | |

/s/ Kelly A. Green
Kelly A. Green (#4095)
(Green@rlf.com)

DATED: April 7, 2005

RLF1-2746064-1