IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGNEQUENCH INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-135 (GMS) |
| | ) | |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., ACER INC., ACER AMERICA CORPORATION, ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL INC., I/OMAGIC CORPORATION, IOMEGA CORPORATION, LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG INNOTEK COMPANY, LTD., LG INNOTEK USA, INC., LITE-ON TECHNOLOGY CORPORATION, LITE-ON TECHNOLOGY INTERNATIONAL, INC., LITE-ON PERIPHERALS, INC., LITE-ON INFORMATION TECHNOLOGY CORPORATION, MEMOREX PRODUCTS (TAIWAN) LTD., MEMOREX PRODUCTS, INC., MICRO-STAR INTERNATIONAL COMPANY, LTD., MSI COMPUTER CORPORATION, MITSUMI ELECTRIC COMPANY, LTD., MITSUMI ELECTRONICS CORPORATION, TEAC CORPORATION, TEAC AMERICA, INC., AND VICTOR COMPANY OF JAPAN, LIMITED, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**STIPULATION AND [PROPOSED] ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE AS TO THE DEFENDANT I/OMAGIC CORPORATION**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Magnequench International, Inc. ("Magnequench"), and defendant, I/OMagic Corporation ("I/OMagic"), by and through their undersigned counsel of record, that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action be and hereby is dismissed in its entirety

584199v1

without prejudice as to I/OMagic subject to the terms of the March 9, 2005 Settlement Agreement between Magnequench and I/OMagic, and that each party shall bear its own costs and expenses, including attorney fees, incurred in connection with this action. Magnequench's Complaint with regard to the other defendants remains in effect unless and until specifically dismissed.

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| April 15, 2005 | April 15, 2005 |
| MORRIS, NICHOLS, ARSHT & TUNNELL | THE BAYARD FIRM |
| */s/ Mary B. Graham* | */s/ Thomas H. Kovach* |
| Mary B. Graham (#2256) | Thomas H. Kovach (#3964) |
| Karen Jacobs Louden (#2881) | 222 Delaware Avenue |
| 1201 N. Market Street | Suite 900 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 429-4226 |
| (302)658-9200 | |
| | OF COUNSEL: |
| OF COUNSEL: | Robert Fish |
| Brian M. Poissant | Larry A. Cerutti |
| Thomas G. Rowan | RUTAN & TUCKER, LLP |
| Leo Merken | 611 Anton Boulevard, 14th Floor |
| JONES DAY | Costa Mesa, CA 92626-1998 |
| 222 East 41st Street | (714) 641-5100 |
| New York, NY 10017 | |
| (212)326-3939 | *Attorneys for Defendant* |
| | *I/OMagic Corporation* |
| *Attorneys for Plaintiff* | |
| *Magnequench International, Inc.* | |

Dated: _____    So Ordered: _____
                                                United States District Judge

460604

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

| | |
|---|---|
| Frederick L. Cottrell, III<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |
| William J. Wade<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Thomas H. Kovach<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 |
| Paul Crawford<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | Timothy Devlin<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899 |

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 15, 2005 upon the following individuals in the manner indicated:

**BY HAND**

| | |
|---|---|
| Frederick L. Cottrell, III<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |
| William J. Wade<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Thomas H. Kovach<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 |

Paul Crawford
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Timothy Devlin
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899

_/s/ Mary B. Graham_
Mary B. Graham. (#2256)

460734