IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNEQUENCH INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., ACER INC., ACER AMERICA CORPORATION, ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL INC., I/OMAGIC CORPORATION, IOMEGA CORPORATION, LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG INNOTEK COMPANY, LTD., LG INNOTEK USA, INC., LITE-ON TECHNOLOGY CORPORATION, LITE-ON TECHNOLOGY INTERNATIONAL, INC., LITE-ON PERIPHERALS, INC., LITE-ON INFORMATION TECHNOLOGY CORPORATION, MEMOREX PRODUCTS (TAIWAN) LTD., MEMOREX PRODUCTS, INC., MICRO-STAR INTERNATIONAL COMPANY, LTD., MSI COMPUTER CORPORATION, MITSUMI ELECTRIC COMPANY, LTD., MITSUMI ELECTRONICS CORPORATION, TEAC CORPORATION, TEAC AMERICA, INC., AND VICTOR COMPANY OF JAPAN, LIMITED,<br><br>Defendants. | C.A. No. 04-135-GMS |

## STIPULATION AND [PROPOSED] ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE AS TO THE DEFENDANT IOMEGA CORPORATION

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Magnequench International, Inc. ("Magnequench"), and defendant, Iomega Corporation ("IOMEGA"), by and through their undersigned counsel of record, that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action be and hereby is dismissed in its entirety without prejudice as to

IOMEGA subject to the terms of the March 9, 2005 Settlement Agreement between Magnequench and IOMEGA, and that each party shall bear its own costs and expenses, including attorney fees, incurred in connection with this action. Magnequench's Complaint with regard to the other defendants remains in effect unless and until specifically dismissed.

**STIPULATED AND AGREED TO:**

April 25, 2005

/s/ Mary B. Graham
Mary B. Graham (#2256)
MGraham@mnat.com
Karen Jacobs Louden (#2881)
KLouden@mnat.com
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302)658-9200

Of Counsel:
Brian M. Poissant
Thomas G. Rowan
Leo Merken
Jones Day
222 East 41st Street
New York, NY 10017
(212)326-3939

Attorneys for Plaintiff
Magnequench International, Inc.

april 22, 2005

/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Of Counsel:
David G. Mangum
Margaret Niver McGann
David M. Bennion
Parsons Behle & Latimer
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, Utah 84145-0898
(801) 532-1234

Attorneys for Defendant
Iomega Corporation

Dated: _____

So Ordered: _____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

| | |
|---|---|
| Frederick L. Cottrell, III<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |
| William J. Wade<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Thomas H. Kovach<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 |
| Paul Crawford<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | Timothy Devlin<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899 |

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 26, 2005 upon the following individuals in the manner indicated:

**BY HAND**

| | |
|---|---|
| Frederick L. Cottrell, III<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |

| | |
|---|---|
| William J. Wade<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Thomas H. Kovach<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 |
| Paul Crawford<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | Timothy Devlin<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899 |

*/s/ Mary B. Graham*

Mary B. Graham. (#2256)

460734