IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGNEQUENCH INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-135 (GMS) |
| | ) | |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., ACER INC., ACER AMERICA CORPORATION, ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL INC., I/OMAGIC CORPORATION, IOMEGA CORPORATION, LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG INNOTEK COMPANY, LTD., LG INNOTEK USA, INC., LITE-ON TECHNOLOGY CORPORATION, LITE-ON TECHNOLOGY INTERNATIONAL, INC., LITE-ON PERIPHERALS, INC., LITE-ON INFORMATION TECHNOLOGY CORPORATION, MEMOREX PRODUCTS (TAIWAN) LTD., MEMOREX PRODUCTS, INC., MICRO-STAR INTERNATIONAL COMPANY, LTD., MSI COMPUTER CORPORATION, MITSUMI ELECTRIC COMPANY, LTD., MITSUMI ELECTRONICS CORPORATION, TEAC CORPORATION, TEAC AMERICA, INC., AND VICTOR COMPANY OF JAPAN, LIMITED, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**STIPULATION AND [PROPOSED] ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE AS TO THE DEFENDANTS MICRO-STAR INTERNATIONAL COMPANY, LTD. AND MSI COMPUTER CORPORATION**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Magnequench International, Inc. ("Magnequench"), and defendants, Micro-Star International Company, Ltd. and MSI Computer Corporation (collectively "MSI"), by and through their

undersigned counsel of record, that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action be and hereby is dismissed in its entirety without prejudice as to MSI subject to the terms of the March 11, 2005 Settlement Agreement between Magnequench and MSI ("Settlement Agreement"), and that each party shall bear its own costs and expenses, including attorney fees, incurred in connection with this action.  Magnequench's Complaint with regard to the other defendants remains in effect unless and until specifically dismissed.

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| June 21, 2005 | June 21, 2005 |
| MORRIS, NICHOLS, ARSHT & TUNNELL | FISH & RICHARDSON, P.C. |
| */s/ Mary B. Graham* | */s/ Sean Paul Hayes* |
| Mary B. Graham (#2256) | Timothy Devlin (#4241) |
| Karen Jacobs Louden (#2881) | Sean Paul Hayes (#4413) |
| 1201 N. Market Street | 919 N. Market Street |
| P.O. Box 1347 | Suite 100 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302)658-9200 | (302) 652-5070 |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Brian M. Poissant | Alan D. Smith |
| Thomas G. Rowan | FISH & RICHARDSON, P.C. |
| Leo Merken | 225 Franklin Street |
| JONES DAY | Boston, MA 02110-2804 |
| 222 East 41st Street | (617) 542-7818 |
| New York, NY 10017 | |
| (212)326-3939 | *Attorneys for Defendants* |
| | *Micro-Star International Company, Ltd. And* |
| *Attorneys for Plaintiff* | *MSI Computer Corporation* |
| *Magnequench International, Inc.* | |

Dated: _____   So Ordered: _____
                                              United States District Judge

470915