IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGNEQUENCH INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-135 (GMS) |
| | ) | |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., ACER INC., ACER AMERICA CORPORATION, ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL INC., I/OMAGIC CORPORATION, IOMEGA CORPORATION, LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG INNOTEK COMPANY, LTD., LG INNOTEK USA, INC., LITE-ON TECHNOLOGY CORPORATION, LITE-ON TECHNOLOGY INTERNATIONAL, INC., LITE-ON PERIPHERALS, INC., LITE-ON INFORMATION TECHNOLOGY CORPORATION, MEMOREX PRODUCTS (TAIWAN) LTD., MEMOREX PRODUCTS, INC., MICRO-STAR INTERNATIONAL COMPANY, LTD., MSI COMPUTER CORPORATION, MITSUMI ELECTRIC COMPANY, LTD., MITSUMI ELECTRONICS CORPORATION, TEAC CORPORATION, TEAC AMERICA, INC., AND VICTOR COMPANY OF JAPAN, LIMITED, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**STIPULATION AND [PROPOSED] ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE AS TO THE DEFENDANTS LITE-ON TECHNOLOGY CORPORATION, LITE-ON TECHNOLOGY INTERNATIONAL, INC., LITE-PERIPHERALS, INC. AND LITE-ON IT CORPORATION**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Magnequench International, Inc. ("Magnequench"), and defendants, Lite-On Technology Corporation, Lite-On Technology International, Inc., Lite-On Peripherals, Inc. and Lite-On IT

Corporation (collectively "LITE-ON"), by and through their undersigned counsel of record, that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action be and hereby is dismissed in its entirety without prejudice as to LITE-ON subject to the terms of the March 18, 2005 Settlement Agreement between Magnequench and LITE-ON ("Settlement Agreement"), and that each party shall bear its own costs and expenses, including attorney fees, incurred in connection with this action.  Magnequench's Complaint with regard to the other defendants remains in effect unless and until specifically dismissed.

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| June 21, 2005 | June 21, 2005 |
| MORRIS, NICHOLS, ARSHT & TUNNELL | FISH & RICHARDSON, P.C. |
| */s/ Mary B. Graham* | */s/ Sean Paul Hayes* |
| _____ | _____ |
| Mary B. Graham (#2256) | Timothy Devlin (#4241) |
| Karen Jacobs Louden (#2881) | Sean Paul Hayes (#4413) |
| 1201 N. Market Street | 919 N. Market Street |
| P.O. Box 1347 | Suite 100 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302)658-9200 | (302) 652-5070 |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Brian M. Poissant | Alan D. Smith |
| Thomas G. Rowan | FISH & RICHARDSON, P.C. |
| Leo Merken | 225 Franklin Street |
| JONES DAY | Boston, MA 02110-2804 |
| 222 East 41st Street | (617) 542-7818 |
| New York, NY 10017 | |
| (212)326-3939 | *Attorneys for Defendants* |
| | *Lite-On Technology Corporation, Lite-On* |
| *Attorneys for Plaintiff* | *Technology International, Inc., Lite-On* |
| *Magnequench International, Inc.* | *Peripherals, Inc. and Lite-On IT Corporation* |

Dated: _____    So Ordered: _____
                                                                      United States District Judge

470918