IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGNEQUENCH INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-135 (GMS) |
| | ) | |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., ACER INC., ACER AMERICA CORPORATION, ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL INC., I/OMAGIC CORPORATION, IOMEGA CORPORATION, LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG INNOTEK COMPANY, LTD., LG INNOTEK USA, INC., LITE-ON TECHNOLOGY CORPORATION, LITE-ON TECHNOLOGY INTERNATIONAL, INC., LITE-ON PERIPHERALS, INC., LITE-ON INFORMATION TECHNOLOGY CORPORATION, MEMOREX PRODUCTS (TAIWAN) LTD., MEMOREX PRODUCTS, INC., MICRO-STAR INTERNATIONAL COMPANY, LTD., MSI COMPUTER CORPORATION, MITSUMI ELECTRIC COMPANY, LTD., MITSUMI ELECTRONICS CORPORATION, TEAC CORPORATION, TEAC AMERICA, INC., AND VICTOR COMPANY OF JAPAN, LIMITED, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2005, I caused the following:

1. Stipulation And [Proposed] Order Dismissing This Action Without Prejudice As To The Defendants Memorex Products, Inc. And Memorex Products (Taiwan), Inc.

2. Stipulation And [Proposed] Order Dismissing This Action Without Prejudice As To The Defendants Micro-Star International Company, Ltd. And Msi Computer Corporation

3. Stipulation And [Proposed] Order Dismissing This Action Without Prejudice As To The Defendants Lite-On Technology Corporation, Lite-On Technology International, Inc., Lite-Peripherals, Inc. And Lite-On It Corporation

to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

William J. Wade
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Thomas H. Kovach
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899

Paul Crawford
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Timothy Devlin
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 21, 2005 upon the following individuals in the manner indicated:

| **BY FACSIMILE** | |
|---|---|
| Frederick L. Cottrell, III<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |
| William J. Wade<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Thomas H. Kovach<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 |
| Paul Crawford<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | Timothy Devlin<br>Fish & Richardson, P.C.
919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899 |

*/s/ Mary B. Graham*

Mary B. Graham. (#2256)

460734