IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MAGNEQUENCH INTERNATIONAL, INC.,          )
                                          )
                    Plaintiff,            )
                                          )
             v.                           )      C.A. No. 04-135-GMS
                                          )
SONY CORPORATION, SONY CORPORATION        )
OF AMERICA, SONY ELECTRONICS, INC.,       )
ACER INC., ACER AMERICA CORPORATION,      )
ASUSTEK COMPUTER INC., ASUS               )
COMPUTER INTERNATIONAL INC.,              )
I/OMAGIC CORPORATION, IOMEGA              )
CORPORATION, LG ELECTRONICS, INC., LG     )
ELECTRONICS USA, INC., LG INNOTEK         )
COMPANY, LTD., LG INNOTEK USA, INC.,      )
LITE-ON TECHNOLOGY CORPORATION,           )
LITE-ON TECHNOLOGY INTERNATIONAL,         )
INC., LITE-ON PERIPHERALS, INC., LITE-ON  )
INFORMATION TECHNOLOGY                    )
CORPORATION, MEMOREX PRODUCTS             )
(TAIWAN) LTD., MEMOREX PRODUCTS, INC.,    )
MICRO-STAR INTERNATIONAL COMPANY,         )
LTD., MSI COMPUTER CORPORATION,           )
MITSUMI ELECTRIC COMPANY, LTD.,           )
MITSUMI ELECTRONICS CORPORATION,          )
TEAC CORPORATION, TEAC AMERICA, INC.,     )
AND VICTOR COMPANY OF JAPAN,              )
LIMITED,                                  )
                                          )
                    Defendants.           )
                                          )

## STIPULATION AND [PROPOSED] ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE AS TO THE DEFENDANTS TEAC CORPORATION AND TEAC AMERICA, INC.

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Magnequench

International, Inc. ("Magnequench"), and defendants, TEAC Corporation and TEAC America,

Inc. (collectively "TEAC"), by and through their undersigned counsel of record, that, pursuant to

Rule 41 of the Federal Rules of Civil Procedure, this action be and hereby is dismissed in its entirety without prejudice as to TEAC subject to the terms of the Settlement Agreement between Magnequench and TEAC, which has an effective date of July 8, 2005 ("Settlement Agreement"), and that each party shall bear its own costs and expenses, including attorney fees, incurred in connection with this action. Magnequench's Complaint with regard to the other defendants remains in effect unless and until specifically dismissed.

**STIPULATED AND AGREED TO:**

August 10, 2005

August 10, 2005


Mary B. Graham (#2256)
Karen Jacobs Louden (#2881)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

M. Duncan Grant (#2994)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
(302) 777-6544


Of Counsel:
Brian M. Poissant
Thomas G. Rowan
Leo Merken
Jones Day
222 East 41st Street
New York, NY 10017
(212)326-3939

Of Counsel:
Scott M. Gettleson
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois  60661-3693
(312) 902-5302


Attorneys for Plaintiff
Magnequench International, Inc.

Attorneys for Defendants
TEAC Corporation and
TEAC America, Inc.


Dated: _____

So Ordered: _____
United States District Judge