IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNEQUENCH INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-135 (GMS) |
| ) | |
| SONY CORPORATION, SONY CORPORATION ) | |
| OF AMERICA, SONY ELECTRONICS, INC., ) | |
| ACER INC., ACER AMERICA CORPORATION, ) | |
| ASUSTEK COMPUTER INC., ASUS ) | |
| COMPUTER INTERNATIONAL INC., ) | |
| I/OMAGIC CORPORATION, IOMEGA ) | |
| CORPORATION, LG ELECTRONICS, INC., LG ) | |
| ELECTRONICS USA, INC., LG INNOTEK ) | |
| COMPANY, LTD., LG INNOTEK USA, INC., ) | |
| LITE-ON TECHNOLOGY CORPORATION, ) | |
| LITE-ON TECHNOLOGY INTERNATIONAL, ) | |
| INC., LITE-ON PERIPHERALS, INC., LITE-ON ) | |
| INFORMATION TECHNOLOGY ) | |
| CORPORATION, MEMOREX PRODUCTS ) | |
| (TAIWAN) LTD., MEMOREX PRODUCTS, INC., ) | |
| MICRO-STAR INTERNATIONAL COMPANY, ) | |
| LTD., MSI COMPUTER CORPORATION, ) | |
| MITSUMI ELECTRIC COMPANY, LTD., ) | |
| MITSUMI ELECTRONICS CORPORATION, ) | |
| TEAC CORPORATION, TEAC AMERICA, INC., ) | |
| AND VICTOR COMPANY OF JAPAN, ) | |
| LIMITED, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2005, I caused the following: *Stipulation and (Proposed) Order Dismissing This Action Without Prejudice As To The Defendants TEAC Corporation And TEAC America, Inc.* to be electronically filed with the Clerk of the Court using CM/ECF which sends electronic notification of such filing to the following:

Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

William J. Wade
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Thomas H. Kovach
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899

Paul Crawford
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Timothy Devlin
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on August 10, 2005 upon the following individuals in the manner indicated:

**BY HAND**

Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

William J. Wade
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Thomas H. Kovach
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899

Paul Crawford
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Timothy Devlin
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899

                                      MORRIS, NICHOLS, ARSHT & TUNNELL

                                      */s/ Mary B. Graham*
                                      _____
                                      Mary B. Graham (#2256)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE 19899
                                      (302) 658-9200
                                      *Attorneys for Plaintiff*
                                      *Magnequench International, Inc*

OF COUNSEL:

Brian M. Poissant
Thomas G. Rowan
Leo Merken
JONES DAY
222 East 41st Street
New York, New York  10017
(212) 326-3939


August 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J. Wade
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Paul Crawford
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Thomas H. Kovach
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899

Timothy Devlin
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899

*/s/ Mary B. Graham*

Mary B. Graham. (#2256)