IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNEQUENCH INTERNATIONAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SONY CORPORATION, SONY CORPORATION ) <br> OF AMERICA, SONY ELECTRONICS, INC., ) <br> ACER INC., ACER AMERICA CORPORATION, ) <br> ASUSTEK COMPUTER INC., ASUS COMPUTER ) <br> INTERNATIONAL INC., I/OMAGIC ) <br> CORPORATION, IOMEGA CORPORATION, LG ) <br> ELECTRONICS, INC., LG ELECTRONICS USA, ) <br> INC., LG INNOTEK COMPANY, LTD., LG ) <br> INNOTEK USA, INC., LITE-ON TECHNOLOGY ) <br> CORPORATION, LITE-ON TECHNOLOGY ) <br> INTERNATIONAL, INC., LITE-ON ) <br> PERIPHERALS, INC., LITE-ON INFORMATION ) <br> TECHNOLOGY CORPORATION, MEMOREX ) <br> PRODUCTS (TAIWAN) LTD., MEMOREX ) <br> PRODUCTS, INC., MICRO-STAR ) <br> INTERNATIONAL COMPANY, LTD., MSI ) <br> COMPUTER CORPORATION, MITSUMI ) <br> ELECTRIC COMPANY, LTD., MITSUMI ) <br> ELECTRONICS CORPORATION, TEAC ) <br> CORPORATION, TEAC AMERICA, INC., AND ) <br> VICTOR COMPANY OF JAPAN, LIMITED, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 04-135-GMS |

**<u>STIPULATION AND [PROPOSED] ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE AS TO THE DEFENDANTS SONY CORPORATION, SONY CORPORATION OF AMERICA AND SONY ELECTRONICS INC.</u>**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Magnequench International, Inc. ("Magnequench"), and defendants, SONY Corporation, SONY Corporation of America and SONY Electronics Inc., (collectively "SONY"), by and through their undersigned

counsel of record, that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action be and hereby is dismissed in its entirety without prejudice as to SONY subject to the terms of the July 19, 2005 Settlement Agreement between Magnequench and SONY ("Settlement Agreement"), and that each party shall bear its own costs and expenses, including attorney fees, incurred in connection with this action. Magnequench's Complaint with regard to the other defendants remains in effect unless and until specifically dismissed.

**STIPULATED AND AGREED TO:**

Aug. 15, 2005

Aug. 15, 2005

Mary B. Graham (#2256)
Karen Jacobs Louden (#2881)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302)658-9200

Josy W. Ingersoll (#1088)
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(301) 571-6672

Of Counsel:
Brian M. Poissant
Thomas G. Rowan
Leo Merken
Jones Day
222 East 41st Street
New York, NY 10017
(212)326-3939

Of Counsel:
John Flock
Kenyon & Kenyon
One Broadway
New York, New York 10004
(212) 908-6490

Attorneys for Plaintiff
Magnequench International, Inc.

Attorneys for Defendants
SONY Corporation, SONY Corporation of America and SONY Electronics Inc.

Dated: _____    So Ordered: _____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

| | |
|---|---|
| Frederick L. Cottrell, III<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |
| William J. Wade<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Thomas H. Kovach<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 |
| Paul Crawford<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | Timothy Devlin<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899 |

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on August 16, 2005 upon the following individuals in the manner indicated:

**BY HAND**

| | |
|---|---|
| Frederick L. Cottrell, III<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Josy W. Ingersoll<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |

| | |
|---|---|
| William J. Wade<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Thomas H. Kovach<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 |
| Paul Crawford<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | Timothy Devlin<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899 |

*/s/ Mary B. Graham*

Mary B. Graham. (#2256)

460734