IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNEQUENCH INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., ACER INC., ACER AMERICA CORPORATION, ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL INC., I/OMAGIC CORPORATION, IOMEGA CORPORATION, LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG INNOTEK COMPANY, LTD., LG INNOTEK USA, INC., LITE-ON TECHNOLOGY CORPORATION, LITE-ON TECHNOLOGY INTERNATIONAL, INC., LITE-ON PERIPHERALS, INC., LITE-ON INFORMATION TECHNOLOGY CORPORATION, MEMOREX PRODUCTS (TAIWAN) LTD., MEMOREX PRODUCTS, INC., MICRO-STAR INTERNATIONAL COMPANY, LTD., MSI COMPUTER CORPORATION, MITSUMI ELECTRIC COMPANY, LTD., MITSUMI ELECTRONICS CORPORATION, TEAC CORPORATION, TEAC AMERICA, INC., AND VICTOR COMPANY OF JAPAN, LIMITED, <br><br> Defendants. | C.A. No. 04-135-GMS |

**STIPULATION AND [PROPOSED] ORDER DISMISSING
THIS ACTION WITHOUT PREJUDICE AS TO THE DEFENDANTS
<u>LG INNOTEK COMPANY, LTD. AND LG INNOTEK USA, INC.</u>**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Magnequench International, Inc. ("Magnequench") and defendants LG Innotek Company, Ltd. and LG Innotek USA, Inc. (collectively, "LGIT"), by and through their undersigned counsel of

record, that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action be and hereby is dismissed in its entirety without prejudice as to LGIT subject to the terms of the August 26, 2005 Settlement Agreement between Magnequench and LGIT, and that each party shall bear its own costs and expenses, including attorneys' fees, incurred in connection with this action. Magnequench's Complaint with regard to the other defendants remains in effect unless and until specifically dismissed.

**STIPULATED AND AGREED TO:**

October 31, 2005

*[signature]*

Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302)658-9200

OF COUNSEL:
Brian M. Poissant
Thomas G. Rowan
Leo Merken
Jones Day
222 East 41st Street
New York, NY 10017
(212)326-3939

*Attorneys for Plaintiff*
*Magnequench International, Inc.*

October 31, 2005

*[signature]*

Paul E. Crawford (#493)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141

OF COUNSEL:
Victor N. Balancia
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-4416

*Attorneys for Defendants*
*LG Innotek Company, Ltd.,*
*LG Innotek USA, Inc.*

Dated: _____    So Ordered: _____
                                       United States District Judge

488356

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Paul Crawford
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Timothy Devlin
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 1, 2005 upon the following individuals in the manner indicated:

**BY HAND**

Paul Crawford
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Timothy Devlin
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899

*/s/ Mary B. Graham*

Mary B. Graham. (#2256)

460734