IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNEQUENCH INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., ACER INC., ACER AMERICA CORPORATION, ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL INC., I/OMAGIC CORPORATION, IOMEGA CORPORATION, LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG INNOTEK COMPANY, LTD., LG INNOTEK USA, INC., LITE-ON TECHNOLOGY CORPORATION, LITE-ON TECHNOLOGY INTERNATIONAL, INC., LITE-ON PERIPHERALS, INC., LITE-ON INFORMATION TECHNOLOGY CORPORATION, MEMOREX PRODUCTS (TAIWAN) LTD., MEMOREX PRODUCTS, INC., MICRO-STAR INTERNATIONAL COMPANY, LTD., MSI COMPUTER CORPORATION, MITSUMI ELECTRIC COMPANY, LTD., MITSUMI ELECTRONICS CORPORATION, TEAC CORPORATION, TEAC AMERICA, INC., AND VICTOR COMPANY OF JAPAN, LIMITED, <br><br> Defendants. | C.A. No. 04-135-GMS |

**STIPULATION AND [PROPOSED] ORDER
DISMISSING THIS ACTION WITHOUT PREJUDICE AS TO THE
DEFENDANTS ACER INC. AND ACER AMERICA CORPORATION**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Magnequench International, Inc. ("Magnequench"), and defendants, Acer Inc. and Acer America Corporation (collectively "ACER"), by and through their undersigned counsel of record, that,

pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action be and hereby is dismissed in its entirety without prejudice as to ACER subject to the terms of the November 7, 2005 Settlement Agreement between Magnequench and ACER, and that each party shall bear its own costs and expenses, including attorneys' fees, incurred in connection with this action. Magnequench's Complaint with regard to the other defendants remains in effect unless and until specifically dismissed.

**STIPULATED AND AGREED TO:**

November 29, 2005

_____
Mary B. Graham (#2256)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Of Counsel:
Brian M. Poissant
Thomas G. Rowan
Leo Merken
Jones Day
222 East 41st Street
New York, NY 10017
(212) 326-3939

*Attorneys for Plaintiff*
*Magnequench International, Inc.*

November 29, 2005

_____
Timothy Devlin (#4241)
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801
(301) 652-5070

Of Counsel:
Alan D. Smith
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804
(617) 542-7818

*Attorneys for Defendants*
*Acer Inc. and Acer America Corporation*

Dated: _____   So Ordered: _____
                                              United States District Judge

494168

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Timothy Devlin
> Fish & Richardson, P.C.
> 919 N. Market Street
> Suite 1100
> P.O. Box 1114
> Wilmington, DE 19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 29, 2005 upon the following individuals in the manner indicated:

### BY HAND

> Timothy Devlin
> Fish & Richardson, P.C.
> 919 N. Market Street
> Suite 1100
> P.O. Box 1114
> Wilmington, DE 19899

*/s/ Mary B. Graham*

Mary B. Graham. (#2256)

460734