IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNEQUENCH INTERNATIONAL, INC., <br><br>Plaintiff, <br><br>v. <br><br>SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., ACER INC., ACER AMERICA CORPORATION, ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL INC., I/OMAGIC CORPORATION, IOMEGA CORPORATION, LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG INNOTEK COMPANY, LTD., LG INNOTEK USA, INC., LITE-ON TECHNOLOGY CORPORATION, LITE-ON TECHNOLOGY INTERNATIONAL, INC., LITE-ON PERIPHERALS, INC., LITE-ON INFORMATION TECHNOLOGY CORPORATION, MEMOREX PRODUCTS (TAIWAN) LTD., MEMOREX PRODUCTS, INC., MICRO-STAR INTERNATIONAL COMPANY, LTD., MSI COMPUTER CORPORATION, MITSUMI ELECTRIC COMPANY, LTD., MITSUMI ELECTRONICS CORPORATION, TEAC CORPORATION, TEAC AMERICA, INC., AND VICTOR COMPANY OF JAPAN, LIMITED, <br><br>Defendants. | C.A. No. 04-135-GMS |

**STIPULATION AND [PROPOSED] ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE AS TO THE DEFENDANTS ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL INC.**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Magnequench International, Inc. ("Magnequench"), and defendants, ASUSTek Computer Inc. and ASUS Computer International Inc. (collectively "ASUS"), by and through their undersigned counsel of record, that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action

be and hereby is dismissed in its entirety without prejudice as to ASUS subject to the terms of the January 16, 2006 Settlement Agreement between Magnequench and ASUS, and that each party shall bear its own costs and expenses, including attorneys' fees, incurred in connection with this action. Magnequench's Complaint with regard to the other defendants remains in effect unless and until specifically dismissed.

**STIPULATED AND AGREED TO:**

_April 11_, 2006

_____
Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

OF COUNSEL:

Brian M. Poissant
Thomas G. Rowan
Leo Merken
JONES DAY
222 East 41st Street
New York, NY 10017
212.326.3939

*Attorneys for Plaintiff*
*Magnequench International, Inc.*

_April 11_, 2006

_____
Timothy Devlin
FISH & RICHARDSON, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19801
302.652.5070

OF COUNSEL:

Alan D. Smith
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110-2804
617.542.7818

*Attorneys for Defendants*
*ASUSTek Computer Inc. and*
*ASUS Computer International Inc.*

Dated: _____    So Ordered: _____
                                              UNITED STATES DISTRICT JUDGE
515102